KCR

KLEIN CIVIL RIGHTS

October 1, 2026

**BY ECF**

The Honorable Lee G. Dunst
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

Re: *Malik Coley v. County of Nassau*, 25 CV 726 (JS)(LGD)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. I write jointly with defense counsel to request an enlargement of plaintiff's time to file an amended complaint primarily to facilitate the parties' exhaustion of ongoing high-level settlement discussions.

As previously advised in the parties' prior joint submissions, the parties have been engaged in good faith settlement discussions. Since last updating the Court, Mr. Dalton has had further discussions with his office and has actively been in the process of finalizing his request for additional authority. Further, additional time is required for Mr. Dalton to identify the John Does.

The parties apologize for not submitting this request in advance of the deadline. Mr. Dalton is not only the primary County Attorney dealing with all federal matters that are defended by the County Attorney's office, in the past several weeks, another one of his colleagues left the County Attorney's office, resulting in additional unexpected work on his docket. Further, Mr. Dalton had a personal family matter to deal with in the past 2 weeks. I was more recently on trial in SDNY, with the trial concluding yesterday.

Given the parties' ongoing cooperation and considerable progress toward settlement, requiring plaintiff to amend the complaint may ultimately prove unnecessary if the case is resolved in full. Further, plaintiff requires further information from defendants to amend. The parties therefore jointly and respectfully request that the deadline for plaintiff to file an amended complaint be extended *nunc pro tunc* from September 15, 2026, to November 13, 2026. Should, *arguendo*, the case not resolve, and plaintiff does proceed to file an amended complaint, the parties contemplate necessitating an enlargement of time to complete discovery, but request permission to raise that issue, if it not mooted by settlement, once settlement discussions are exhausted.

**Brett H. Klein, Esq., PLLC**
The Woolworth Building · 233 Broadway, Suite 1720 · New York, NY 10279
(T): 212-335-0132 · (F): 212-335-0571 · bklein@kleincivilrights.com

Thank you for your consideration.

Respectfully,

*Brett Klein*

Brett H. Klein

cc: Steven Dalton, Esq. (by ECF)