KCR
KLEIN CIVIL RIGHTS

November 10, 2026

**BY ECF**

The Honorable Lee G. Dunst
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

Re: *Malik Coley v. County of Nassau*, 25 CV 726 (JS)(LGD)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. I write jointly with defense counsel to apologize to the Court for both parties inadvertently missing the recent status report deadlines, and to confirm that the parties continue to work cooperatively and look forward to addressing the status of settlement discussions, contemplated joinder of additional parties, and a plan for moving forward should the settlement not be imminently consummated, at the recently scheduled status conference set for November 12, 2026 at 2:00 PM.

Thank you for your consideration.

Respectfully,

Brett Klein

Brett H. Klein

cc: Steven Dalton, Esq. (by ECF)

**Brett H. Klein, Esq., PLLC**
The Woolworth Building · 233 Broadway, Suite 1720 · New York, NY 10279
(T): 212-335-0132 · (F): 212-335-0571 · bklein@kleincivilrights.com