KCR
KLEIN CIVIL RIGHTS

November 20, 2026

**<u>BY ECF</u>**

The Honorable Lee G. Dunst
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

Re: *Malik Coley v. County of Nassau*, 25 CV 726 (JS)(LGD)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. I write jointly with defense counsel as requested by the Court on November 12, 2026 (ECF No. 24). Since meeting with Your Honor, Mr. Dalton has been in touch with a senior official at the County Attorney's Office and anticipates getting a final response on settlement on December 1, 2026. On the issue of amending, the disclosure of identities of the Doe defendants still remains outstanding. Since meeting with Your Honor, the parties have executed a Stipulation extending the statute of limitations and to plaintiff otherwise amending upon receipt of the names from the County. Of course, if the case is resolved, any issue as to future amendments would be moot.

In light of the foregoing, the parties respectfully request permission to further update the Court on December 2, 2026.

Thank you for your consideration.

Respectfully,

Brett H. Klein

cc: Steven Dalton, Esq. (by ECF)

**Brett H. Klein, Esq., PLLC**
The Woolworth Building · 233 Broadway, Suite 1720 · New York, NY 10279
(T): 212-335-0132 · (F): 212-335-0571 · bklein@kleincivilrights.com